NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918*
nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
lukas@nka.com
Matthew Morgan, MN State Bar No. 304657*
morgan@nka.com
Reena I. Desai, MN State Bar No. 0388311*
rdesai@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Facsimile (612) 215-6870
*admitted *pro hac vice*

ERVIN, COHEN & JESSUP, LLP
Eric W. Cheung, CA State Bar No. 235008
echeung@ecjlaw.com
9401 Wilshire Blvd, Ninth Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for individual and representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kevin Carter, Justin Clouse, and Deborah Lanasa, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> Anderson Merchandisers, LP and DOES 1-10 inclusive, <br><br> Defendants. | Case No. EDCV08-00025 VAP (OPx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION OF SETTLEMENT AND RELEASE** <br><br> Honorable Virginia A. Phillips <br> Complaint Filed: January 10, 2008 <br> Hearing Date: January 4, 2010 <br> Time: 10:00 a.m. |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

## NOTICE OF MOTION AND MOTION

Please take notice that on January 4, 2010, at 10:00 a.m., in the courtroom of the Honorable Virginia A. Phillips of the above-mentioned Court, Plaintiffs Kevin Carter, et al., will and hereby do move for an order granting preliminary approval of the settlement to Plaintiffs and the Class.

This Motion is made pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act and is based upon: the notice of motion and motion; the memorandum of points and authorities; the Joint Stipulation for Settlement and Release and Exhibits, the declarations of undersigned Plaintiffs' counsel and Class Members, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 9, 2009 at a formal mediation session. Through this motion, Plaintiffs respectfully request the Court to issue an Order granting the following:

1. Scheduling a fairness hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable, and adequate as to the Members of the Class;
2. Approving as to form and content the proposed Notice of Pendency of Class Action and Proposed Settlement;
3. Approving as to form and content the proposed Claim Form and Claim Filing instructions;
4. Directing the mailing of the Notice of Pendency of Class Action and Proposed Settlement and Claim Form by first-class mail to the Class Members;
5. Preliminarily approving the settlement;

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

6. Approving the appointment of Class Counsel as Settlement Administrator and preliminarily approving costs of administration payable to Class Counsel; and

7. Preliminarily approving Plaintiffs' application for payment of reasonable attorney fees and costs as set forth in the Joint Stipulation of Settlement and Release.

Dated: December 3, 2009       NICHOLS KASTER, PLLP

By:   /s/Matthew H. Morgan
       Matthew H. Morgan
ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS