NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918*
nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
lukas@nka.com
Matthew Morgan, MN State Bar No. 304657*
morgan@nka.com
Reena I. Desai, MN State Bar No. 0388311*
rdesai@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Facsimile (612) 215-6870
*admitted *pro hac vice*

ERVIN, COHEN & JESSUP, LLP
Eric W. Cheung, CA State Bar No. 235008
echeung@ecjlaw.com
9401 Wilshire Blvd, Ninth Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for individual and representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kevin Carter, Justin Clouse, and Deborah Lanasa, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Anderson Merchandisers, LP and DOES 1-10 inclusive,<br><br>Defendants. | Case No. EDCV08-00025 VAP (OPx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF JOINT STIPULATION OF SETTLEMENT AND RELEASE**<br><br>Honorable Virginia A. Phillips<br>Complaint Filed: January 10, 2008<br>Hearing Date: April 19, 2010<br>Time: 2:00 p.m. |

## NOTICE OF MOTION AND MOTION

Please take notice that on April 19, 2010, at 2:00 p.m. in the courtroom of the Honorable Virginia A. Phillips of the above-mentioned Court, Plaintiffs Kevin Carter, et al., will and hereby do move for an order granting final approval of the settlement to Plaintiffs and the Class.

This Motion is made pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act and is based upon: the notice of motion and motion; the memorandum of points and authorities; the Joint Stipulation for Settlement and Release and Exhibits, the declarations of undersigned Plaintiffs' counsel and Class Members, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 4, 2010 at the formal hearing for preliminary approval of the Joint Stipulation of Settlement and Release. Through this motion, Plaintiffs respectfully request the Court to issue an Order granting the following:

1. Final certification of the FLSA class; and
2. Final approval of the Joint Stipulation of Settlement and Release.

Dated: March 22, 2010　　　　　　　　NICHOLS KASTER, PLLP

　　　　　　　　　　　　　　　　　　By:　/s/Matthew H. Morgan
　　　　　　　　　　　　　　　　　　　　Matthew H. Morgan
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS AND
　　　　　　　　　　　　　　　　　　THE PUTATIVE CLASS